ACCEPTED
04-15-00449-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/1/2015 8:12:43 AM
KEITH HOTTLE
CLERK

NO. 04-15-00449-CV

IN THE COURT OF APPEALS FOR THE
FOURTH JUDICIAL DISTRICT OF TEXAS
AT SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/1/2015 8:12:43 AM
KEITH E. HOTTLE
Clerk

**IN THE MATTER OF THE ESTATE OF HUGH BOB SPILLER,
DECEASED**

On Appeal from the
County Court of Menard County, Texas
Under Cause No. 2013-02059
The Honorable Joe H. Loving, Presiding

**REAGAN WILLMAN'S RESPONSE TO MOTION TO DISMISS**

Respectfully submitted by:

W. Calloway Huffaker, Attorney at Law, PLLC
By: /s Deborah S. McClure
Deborah S. McClure
Texas Bar No. 18562635
P.O. Box 15125
Amarillo, TX 79105
Tel: (806) 463-5595 | Fax: (806) 998-5328
Email: deborahm@huffaker-law.com
W. Calloway Huffaker
Texas Bar No. 10187800
P.O. Box 968-1540 Avenue J
Tahoka, TX 79373
Tel: (806) 998-4863 | Fax: (806) 998-5328
Email: arlener@huffaker-law.com

TO THE HONORABLE FOURTH COURT OF APPEALS:

Appellant, Reagan Willman ("Willman") files this response to Appellee Mary Lee Spiller's Motion to Dismiss, and respectfully shows the Court:

1.     The central issue on appeal is grounded on the propriety of the agreements made on the record which were disputed by Willman, and never reduced to writing signed by Willman.   The statement relied upon by Appellee in moving for dismissal is an integral part of the agreements made the basis of the appeal.   Those agreements were made by Jonathan Cluck, Willman's then trial counsel, and were expressly repudiated.

2.     The relationship of an attorney to his client is one of agency, and, as such, is clothed with authority to adopt the procedure and method of transacting his client's suit and to act for him in the prosecution or defense of his legal rights. He has no power to compromise his client's suit, in the absence of authority to do so.   *McMillan v. McMillan*, 72 S.W.2d 611, 612 (Tex.Civ.App.-Dallas 1934, no writ).

3.     The waiver of the right to appeal was an integral part of the other agreements entered on the record, and does not stand alone.   Those agreements were entered into by Jonathan Cluck, but were disputed by Willman in written pleadings (CR 1:789) and through his testimony on May

6, 2015. (RR May 6, 2015 Pre Trial Hearing 2:15-16). These matters are apparent on the record, and will be fully briefed in Appellant's Brief.

4.    When, as here, the evidence reveals that the attorney did not have his client's authority, the agreement will not be enforced. *Cleere v. Blaylock*, 605 S.W.2d 294, 296 (Tex.Civ.App.--Dallas 1980, no writ).

5.    Appellee has failed in establishing a basis for dismissal of the appeal without the opportunity to brief the issues. *Accord, Payne v. Campbell*, 259 S.W.693, 694 (Tex.Civ.App. —Austin 1924, no writ).

6.    The Motion to Dismiss has no basis in law or in fact. The motion was presented to needlessly increase the costs of litigation and delay the proceedings. Willman has had to incur additional fees and costs to respond to the Motion to Dismiss, and appellate counsel has had to detract from preparation of Appellant's Brief in order to address the motion properly.

7.    Willman respectfully requests that the time to file Appellant's Brief be abated pending ruling by the Court on the Motion to Dismiss, and that he be afforded additional time in which to prepare and file Appellant's Brief.

For all the foregoing reasons, Appellant Reagan Willman respectfully prays that this Court will abate the proceedings pending the determination of Appellee Mary Lee Spiller's Motion to Dismiss, and upon review of the

motion, overrule the Motion to Dismiss, and provide all further relief to which Appellant shows himself entitled.

Respectfully submitted by:

W. Calloway Huffaker, Attorney at Law, PLLC
By: /s Deborah S. McClure
Deborah S. McClure
Texas Bar No. 18562635
P.O. Box 15125
Amarillo, TX 79105
Tel: (806) 463-5595 | Fax: (806) 998-5328
Email: deborahm@huffaker-law.com
W. Calloway Huffaker
Texas Bar No. 10187800
P.O. Box 968-1540 Avenue J
Tahoka, TX 79373
Tel: (806) 998-4863 | Fax: (806) 998-5328
Email: arlener@huffaker-law.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Appellant's Response to Motion to Dismiss was served on the identified parties by electronic filing on September 1, 2015.

Tom Roberson
P.O. Box 25
Menard, Texas 76859
robersonlaw@hotmail.com

Chris Wallendorf
722 Front Street, Suite 101
Comfort, Texas 78013
chrisw7@hctc.net

Richard C. Mosty
C. Dixon Mosty
222 Sidney Baker, Suite 400
Kerrville, Texas 78028
rmosty@mostylaw.com
cdmosty@mostylaw.com

Mark Marshall
marshall-law@verizon.net